# WAIVER OF SERVICE OF SUMMONS

TO: <u>Adam C. Virant</u>

    I acknowledge receipt of your request that I waive service of a summons in the action of <u>Jacqueline Bustamante v. Mikepaul Corp., d/b/a Plaza LTC Services</u>, et al. which is case number **07-cv-6060** in the **United States District Court for the Southern District of New York**. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with the judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **July 6, 2007**, or within 90 after that date if the request was sent outside the United States.

_8/1/07_  
Date

Signature: *James M. Woolsey / Attorney for Defendants*  
Printed/typed name:

{as_____}  
{of_____}

James M. Woolsey, III (JW 9157)  
Landman Corsi Ballaine & Ford, P.C.  
120 Broadway, 27th Floor  
New York, New York 10271  
(212) 238-4800  
On Behalf of Defendants  
Mike-Paul Corp. d/b/a Plaza LTC Services and John Fratto