UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JACQUELINE BUSTAMENTE,

        Plaintiff,                   **NOTICE OF APPEARANCE**

  - against -                   07-cv-6060 (SCR)

MIKEPAUL CORP. d/b/a PLAZA LTC
SERVICES and JOHN FRATTO,

        Defendants.
----------------------------------------X

PLEASE TAKE NOTICE that the undersigned attorney hereby appears in the above-captioned action on behalf of MIKE-PAUL CORP., incorrectly sued herein as "MIKEPAUL CORP." d/b/a PLAZA LTC SERVICES ("Plaza") and JOHN FRATTO ("Fratto").

PLEASE TAKE FURTHER NOTICE that all pleadings, papers and documents required to be served in this action upon the defendants should be served upon the undersigned and all electronic notifications should be sent to AKabrawala@lcbf.com.

Dated:   New York, New York
         August 29, 2007

                                      Respectfully submitted,

                                      LANDMAN CORSI BALLAINE & FORD P.C.

                                      By: _____
                                      Ameet B. Kabrawala (AK 2976)
                                      Attorneys for Defendants
                                      120 Broadway, 27th Floor
                                      New York, New York  10271-0079
                                      (212) 238-4800

TO: ADAM C. VIRANT, ESQ.
    Karpf Karpf & Virant
    140 Broadway, 46th Floor
    New York, New York 10005
    (212) 929-6030
    Attorney for Plaintiff