UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JACQUELINE BUSTAMANTE,

       Plaintiff,                **NOTICE OF APPEARANCE**

  - against -                  07-cv-6060 (SCR)

MIKEPAUL CORP. d/b/a PLAZA LTC
SERVICES and JOHN FRATTO,

       Defendants.
------------------------------------X

PLEASE TAKE NOTICE that the undersigned attorney hereby appears in the above-captioned action on behalf of MIKE-PAUL CORP. d/b/a PLAZA LTC SERVICES, incorrectly named herein as "MIKEPAUL CORP." d/b/a PLAZA LTC SERVICES ("Plaza") and JOHN FRATTO ("Fratto").

PLEASE TAKE FURTHER NOTICE that all pleadings, papers and documents required to be served in this action upon the defendants should be served upon the undersigned and all electronic notifications should be sent to JWoolsey@lcbf.com.

Dated:   New York, New York
          August 29, 2007

                                      Respectfully submitted,

                                      LANDMAN CORSI BALLAINE & FORD P.C.

                                      By: *James M. Woolsey*
                                      James M. Woolsey, III (JW 9157)
                                      Attorneys for Defendants Mike-Paul
                                      Corp. d/b/a Plaza Ltc Services s/h/a
                                      MikePaul Corp. d/b/a Plaza LTC
                                      Services and John Fratto
                                      120 Broadway, 27th Floor

445666.1 DocsNY

                                                     New York, New York  10271-0079  
                                                     (212) 238-4800

TO:   ADAM C. VIRANT, ESQ.  
       Karpf Karpf & Virant  
       Attorneys for Plaintiff  
       140 Broadway, 46th Floor  
       New York, New York 10005  
       (212) 929-6030