UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JACQUELINE BUSTAMANTE,

        Plaintiff,

- against -

MIKEPAUL CORP. d/b/a PLAZA LTC
SERVICES and JOHN FRATTO,

        Defendants.
----------------------------------------X

**RULE 7.1 STATEMENT**

07-cv-6060 (SCR)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for defendants MIKE-PAUL CORP., d/b/a PLAZA LTC SERVICES, incorrectly sued herein as "MIKEPAUL CORP." d/b/a PLAZA LTC SERVICES, and JOHN FRATTO, state that MIKE-PAUL CORP., d/b/a PLAZA LTC SERVICES, a private non-governmental party, certifies that the following are corporate parents, subsidiaries, or affiliates of said party which are publicly held:

NONE

Dated: September 4, 2007

                        Respectfully submitted,

                        LANDMAN CORSI BALLAINE & FORD P.C.

By: _____
     James M. Woolsey, III (JW 9157)
     Attorneys for Defendants
     120 Broadway, 27th Floor
     New York, New York 10271-0079

447471.1 DocsNY

                                        (212) 238-4800

TO:    ADAM C. VIRANT, ESQ.
        Karpf Karpf & Virant
        140 Broadway, 46th Floor
        New York, New York 10005
        (212) 929-6030
        Attorney for Plaintiff

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK     )
                     ) ss.:
COUNTY OF NEW YORK   )

      **RYAN NEW**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at NEW YORK, NEW YORK.

      That on the 4th day of September, 2007, deponent served the within **RULE 7.1 STATEMENT** upon:

      ADAM C. VIRANT, ESQ.
      Karpf Karpf & Virant
      140 Broadway, 46th Floor
      New York, New York 10005
      (212) 929-6030

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

      _____
      Ryan New

Sworn to before me this
4th day of September, 2007

_____
Notary

DANA LUTHER
Notary Public, State of New York
No. 02LU6145463
Qualified in Queens County
Commission Expires May 8, 2010