UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JACQUELINE BUSTAMANTE,

               Plaintiff,

       - against -

MIKEPAUL CORP. d/b/a PLAZA LTC SERVICES
and JOHN FRATTO,

              Defendants.
-------------------------------------------------------------------X

                                **STIPULATION OF**
                                **DISMISSAL**

                                07-CV-6060 (SCR)

       **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys

for the parties herein, that the above-entitled action be and the same hereby is dismissed with

prejudice and without costs to either party as against the other.

KARPF, KARPF & VIRANT                     LANDMAN CORSI BALLAINE & FORD P.C.

By: _____              By: _____
    Adam C. Virant                           Ameet B. Kabrawala
    Attorneys for Plaintiff                     Attorneys for Defendants
    140 Broadway, 46th Floor              120 Broadway, 27th Floor
    New York, NY 10005                   New York, New York 10271-0079
    (212) 929-6030                        (212) 238-4800

Dated: New York, New York              Dated: New York, New York
      March 7th, 2008                    March 10, 2008

*Case Closed*

**SO ORDERED:**

_____
Hon. Stephen C. Robinson
United States District Judge
        3/12/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

455100.1 DocsNY